**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DOUGLAS NAILEN, (FORMER OWNER OPERATOR) OF TONGUE TEASER'S INT'L SEAFOOD, INC.;<br><br>Plaintiff,<br><br>vs.<br><br>STAN KOCH & SONS TRUCKING, INC., AND INSURER OF STAN KOCH & SONS TRUCKING, INC.<br><br>Defendants | CASE NO.  2:20-cv-02226-JAM-AC<br><br>*Assigned to Hon. Magistrate Judge*<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On January 21, 2022, the Parties jointly filed a Notice of Voluntary Dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Dkt. 28].

Upon due consideration, good cause appearing, the court DISMISSES this action with prejudice to Plaintiff's claims.   Each party shall bear its own costs and attorneys' fees.  The Clerk of Court is instructed to terminate all pending motions and deadlines and close the case

**IT IS SO ORDERED.**

DATED: January 24, 2022              /s/ John A. Mendez
                                     _____
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)